Lawrence D. Rohlfing
Attorney at Law: 119433
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-5491
E-mail _steven_rohlfing.office@speakeasy.net

Attorneys for Plaintiff  ARLONDA K. BOATWRIGHT

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

## FRESNO DIVISION

| | |
|---|---|
| ARLONDA K. BOATWRIGHT, )<br>　　　　　Plaintiff, )<br>　　vs. )<br>MICHAEL J. ASTRUE, Commissioner )<br>of Social Security, )<br>　　　　　Defendant )<br>_____) | Case No. 1:10 CV-01895 SMS<br><br>STIPULATION EXTEND TIME; And<br>  ORDER |

TO THE HONORABLE SANDRA SNYDER, MAGISTRATE JUDGE OF

THE DISTRICT COURT:

IT IS HEREBY STIPULATED by and between the parties, through their

respective counsel, that Plaintiff shall have a 30 day extension of time, to and

including May 16, 2011, in which to file her opening brief.

///

///

///

-1-

1    This request is made at the request of Plaintiff's counsel to allow additional time to

2    fully research the issued presented and because of counsel's press of time.

3    IT IS SO STIPULATED.

4    DATE: April 14, 2011      Respectfully submitted,

5                             LAW OFFICES OF LAWRENCE D. ROHLFING

6                             /s/ *Lawrence D. Rohlfing*

7                 BY: _____

8                             Lawrence D. Rohlfing
                             Attorney for plaintiff Arlonda K. Boatwright
9

10
     DATE: April 14, 2011      BENJAMIN B. WAGNER
11                            United States Attorney

12

13                                /s/ *Brenda M. Pullin*

14                 BY: _____

15                             Brenda M. Pullin
                              Special Assistant United States Attorney
16                            Attorneys for defendant Michael Astrue

17                                   **ORDER**

18
     IT IS SO ORDERED. Plaintiff's opening brief is due on May 16, 2011. All other
19
     due dates are extended accordingly.
20

21
     Dated:  _April 19, 2011_          _____/s/ Sandra M. Snyder_____
22
                                   UNITED STATES MAGISTRATE JUDGE
23

24

25

26